UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00151-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  MARK F. BISHOP,

        Defendant.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Motion to Disclose Grand Jury Materials under Specified Conditions to the Attorney for the Defendant Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) (Motion) **(#28)**, it is

**ORDERED** that the Motion is **GRANTED**.  A copy of the transcripts of testimony given before the grand jury and other grand jury materials may be disclosed to the attorney for the defendant for preparation for the sentencing hearing in this case.

**IT IS FURTHER ORDERED** that:

1.    Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2.    Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3.    Defense counsel provide the defendant with reasonable access to the

grand jury materials, but that defense counsel not allow the defendant to retain copies of any grand jury materials;

    4.    No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

    5.    At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

DATED this 24th day of October, 2011.

BY THE COURT:

*(signature: Marcia S. Krieger)*

Marcia S. Krieger
United States District Judge