IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00151-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARK F. BISHOP,

        Defendant.

## ORDER TO EXTEND VOLUNTARY SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

The Court previously ordered the defendant to voluntarily surrender to the institution designated by the Bureau of Prisons by noon on December 12, 2011. Accordingly,

IT IS ORDERED that Defendant, MARK F. BISHOP having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the institution designated by the Bureau of Prisons within 14 days of designation by 12:00 noon, and will travel at his own expense.

DATED this 8th day of December, 2011.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge